No. 819. YARDLEY *v*. HOUGHTON MIFFLIN Co. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr.*

*Sidney S. Bobbe* for petitioner. *Messrs. Drury W. Cooper, Thomas J. Byrne,* and *Allan C. Bakewell* for respondent.